1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

### EASTERN DIVISION

11

| FELIX TYRONE RANDLE, | Case No. 5:19-cv-01696-JWH (SHK) |
|---|---|

12

Plaintiff,

13

v.

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14

S.B.S.D., *et al.*,

15

Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, the

2    relevant records on file, and the "Report and Recommendation of United States

3    Magistrate Judge to Dismiss Plaintiff's § 1983 Claims, With Prejudice in Part and

4    Without Prejudice in Part, and to Provide Plaintiff With Leave to Amend Certain

5    Claims (the "R&R") [Dkt. No. 6]. The court has engaged in *de novo* review of those

6    portions of the R&R to which Plaintiff has objected. The court accepts the

7    findings and recommendation of the Magistrate Judge.

8        **IT IS THEREFORE ORDERED** that Plaintiff's claims against

9    Defendants Judge Nakata and D.A. Cumino are **DISMISSED WITH**

10   **PREJUDICE** and without leave to amend, and Plaintiff's claims against SBSD

11   and WVDC Mental Health Staff and Sheriff's Deputies, Dillian, Lampman,

12   Thorsnby, C. Oden, A. Zavala, Paraza, Dugan, Shy, Mason, and Sheriff Deputies

13   Acosta and Esquivel are **DISMISSED WITHOUT PREJUDICE** and with leave

14   to amend.

15       For the claims that the court dismissed without prejudice and with leave to

16   amend, Plaintiff may file a First Amended Complaint ("FAC") within twenty-one

17   (21) days of the service date of this Order.

18       On the first page of the FAC, Plaintiff should (1) clearly designate on the

19   face of the document that it is the "First Amended Complaint"; (2) include the

20   docket number assigned to this case; and (3) write the amended pleading on this

21   court's CV-066 Form, which the Clerk of Court is directed to mail to Plaintiff

22   along with this Order.

23       In the body of the FAC, Plaintiff must include all claims that Plaintiff would

24   like to pursue, except the claims dismissed with prejudice, even if Plaintiff

25   previously stated them in the original Complaint. For the claims that the court

26   granted leave to amend, Plaintiff must fix the deficiencies consistent with the

27   court's R&R if Plaintiff wishes to continue litigating those claims. Plaintiff should

28   note that if Plaintiff files a FAC restating deficient claims without fixing them, the

court may dismiss the action. Plaintiff cannot refer to the original Complaint or to any other pleading, attachment, or document to state a claim in the FAC. Plaintiff cannot include in the caption or body of the FAC any new defendants or new allegations that are not reasonably related to the claims asserted in the original Complaint.

Plaintiff is cautioned that failure to comply with the instructions above may result in the dismissal of this action for failure to state a claim, prosecute, and/or obey court orders under Rule 41(b) of the Federal Rule of Civil Procedure. If Plaintiff requires more time to file a FAC, Plaintiff may request an extension of time before the above-mentioned deadline expires; however, extensions will be granted only for good cause shown.

**IT IS SO ORDERED.**

Dated: October 19, 2020

John W. Holcomb
UNITED STATES DISTRICT JUDGE

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER |
| v. | _____ |
|  | *To be supplied by the Clerk* |
| DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)

who presently resides at _____ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
                                  (Claim I)           (Claim II)           (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____ resides or works at
              (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

2.   Defendant _____ resides or works at
              (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

3.   Defendant _____ resides or works at
              (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

Case 5:19-cv-01696-JWH-SHK   Document 14   Filed 10/19/20   Page 7 of 9   Page ID #:67

4.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D.  CLAIMS***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without

citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each

DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                                          Page 5 of 6

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____            _____
        *(Date)*                                     *(Signature of Plaintiff)*